IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY A. LOVETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:09cv896-ID |
| | ) (WO) |
| HOUSTON COUNTY SHERIFF'S | ) |
| OFFICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On September 29, 2009, the Magistrate Judge filed a Recommendation (Doc. No. 5), in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.  That the Recommendation be and the same is hereby ADOPTED.

2.  That the plaintiff's claim against the Houston County Sheriff's Office, the Houston Count Jail and the Houston County Medical Department be and are hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

3.  That the Houston County Sheriff's Office, the Houston County Jail and the Houston County Medical Department be and are hereby DISMISSED as defendants in this cause of action.

4.  That this case, with respect to the plaintiff's claims against the individuals named as defendants, be and is hereby REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this the 19th day of October, 2009.

/s/ Ira DeMent
IRA DEMENT
SENIOR UNITED STATES DISTRICT JUDGE