IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

LARRY A. LOVETT, )
)
    Plaintiff, )
v. ) CASE NO. 1:09-CV-896-ID
)
JASON SMOAK, P.A., *et al.,* )
)
    Defendants. )

## **O R D E R**

On December 16, 2009, the Magistrate Judge filed a Recommendation (Doc. #27) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED;

2. The motion for preliminary injunction filed by the plaintiff be and the same is hereby DENIED;

3. This case is referred back to the magistrate judge for additional proceedings.

DONE this the 5th day of January, 2010.

                                               /s/ Ira DeMent
                                       SENIOR UNITED STATES DISTRICT JUDGE