IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| LARRY A. LOVETT,            ) | |
|                                ) | |
|    Plaintiff,                ) | |
|                                ) | CIVIL ACTION NO. |
| v.                         ) | 1:09cv896-MHT |
|                                ) | (WO) |
| JASON SMOAK, et al.,       ) | |
|                                ) | |
|    Defendants.               ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the adequacy of medical treatment provided to him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 7th day of June, 2012.**

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**